Larned *et al. v.* Maloney.

The motion for a new trial contains nine reasons; five of them are for alleged errors in giving certain instructions. The instructions considered together are correct as abstract propositions of law. The defective condition of the record precludes the consideration of the other reasons set out in said motion. See *Reid* v. *Reid*, 149 Ind. 274. Judgment affirmed.

---

## LARNED ET AL. *v.* MALONEY.

[No. 2,335.    Filed February 3, 1898.]

From the Lake Circuit Court.    *Affirmed.*

*C. R. Collins* and *J. B. Collins*, for appellants.

*Peter Crumpacker, W. B. Reading* and *Olds & Griffin*, for appellee.

HENLEY, J.—The question involved in this cause is identical with the question involved in the case of *Larned* v. *Maloney, ante,* 199. Upon the authority of that case the judgment in this cause is affirmed.